1
2
3
4
5
6
7
8
9
10
11

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

12  JOHN S. RHINE,                      )    No. C 08-03938 JF (PR)
                                        )
13           Petitioner,                )    ORDER OF TRANSFER
                                        )
14      vs.                             )
                                        )
15                                      )
    UNITED STATES OF AMERICA,           )
16                                      )
             Respondent.                )    (Docket No. 2)
17                                      )
    _____ )
18

19      Petitioner, a prisoner proceeding pro se, filed a motion pursuant to 28 U.S.C. §

20  2255, attacking a sentence imposed by this Court.  However, is it obvious from the

21  motion that Petitioner is a state prisoner, who was convicted in San Diego Superior Court

22  and is currently serving his sentence at Atascadero State Hospital, a California state

23  institution.

24      A state prisoner challenging the constitutionality of his state conviction may do so

25  by filing a petition for a writ of habeas corpus under 28 U.S.C. § 2254.  Venue for a

26  habeas action is proper in either the district of confinement or the district of conviction,

27  28 U.S.C. § 2241(d); however, petitions challenging a conviction are preferably heard in

28  the district of conviction.  See Habeas L.R. 2254-3(a); Laue v. Nelson, 279 F. Supp. 265,

266 (N.D. Cal. 1968); cf. Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989) (district of confinement best forum to review execution of sentence).

Accordingly, this case is TRANSFERRED to the United States District Court for the Southern District of California.  See 28 U.S.C. §§ 1391(b), 1404(a); Habeas L.R. 2254-3(b)(1).  In view of the transfer, the Court will not rule upon Petitioner's pending motion to proceed in forma pauperis (Docket No. 2).

The Clerk shall terminate all pending motions and transfer the entire file to the Southern District of California.

IT IS SO ORDERED.

DATED: _____1/14/09_____

_____
JEREMY FOGEL
United States District Judge